**United States District Court
for the Southern District of Georgia
Brunswick Division**

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2006 JAN 13  P 1:09

CLERK _____
S. DIST. OF GA.

PAUL L. GRIFFIN,                  :        CIVIL ACTION

    Plaintiff,                    :

        v.                        :

CITY OF BRUNSWICK, GEORGIA,       :
and SENTINEL OFFENDER
SERVICES, LLC,                    :

    Defendants.                   :        NO. CV204-146

## O R D E R

Defendant, Sentinel Offender Services, LLC ("Sentinel"), has filed a motion seeking reconsideration of the portion of the Court's November 30, 2005 Order denying Sentinel's motion for summary judgment on Plaintiff's state law claims.

Having read and considered Defendant's motion, the Court finds that Sentinel has failed to offer any new information or argument that has not already been fully considered. Thus, Sentinel's Motion for Reconsideration (Doc. No. 38) is **DENIED**.

**SO ORDERED**, this ___13___ day of January, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)