UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| PAUL L. GRIFFIN | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. __CV204-146__ |
| | ) | |
| CITY OF BRUNSWICK, GEORGIA | ) | |
| and SENTINEL OFFENDER SERVICES, LLC | ) | |
| | ) | |
| Defendants | ) | |

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 NOV 21  P 5: 20

CLERK_____
SO. DIST. OF GA.

## ORDER

Upon review of the Plaintiff's Motion for Dismissal With Prejudice and for good cause shown, it is hereby **ORDERED** that this action is dismissed with prejudice, with the parties to bear their own costs and attorneys fees.

**SO ORDERED**, this ___21st___ day of November, 2006.

_____
United States District Judge